Jim Mackie, SBN 013314
Christopher M. Pastore, SBN 026340
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
3430 E. Sunrise Drive, Suite 220
Tucson, AZ 85718
Telephone: 520.544.0300
Fax: 520.544.9675
jim.mackie@ogletreedeakins.com
christopher.pastore@ogletreedeakins.com

Attorneys for Defendant National Grid USA
Service Company, Inc. Life Insurance Plan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Miranda McClain aka Teresa Roberts,<br><br>      Plaintiff,<br><br>v.<br><br>National Grid USA Service Company, Inc. Life Insurance Plan,<br><br>      Defendant. | No. 2:14-cv-<br><br>**EXHIBITS TO NOTICE OF REMOVAL** |

# EXHIBIT 1



COPY

RANDOLPH G. BACHRACH
RANDOLPH G. BACHRACH, PLLC
7303 W. BOSTON STREET
CHANDLER, ARIZONA 85226
Tel: (480) 753-4474
Fax: (602) 707-7512
bachrach@badfaithlaw.us
(AZ #12621 - CA #93278)

MAR 1 9 2014

MICHAEL K. JEANES, CLERK
K. RODRIGUEZ
DEPUTY CLERK

Attorneys for Plaintiff

# Superior Court of the State of Arizona

## FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MIRANDA MCCLAIN, aka, TERESA ROBERTS,<br><br>Plaintiff,<br><br>VS.<br><br>NATIONAL GRID USA SERVICE COMPANY, INC. EMPLOYEE LIFE INSURANCE PLAN,<br><br>Defendant. | NO.: CV2014-092807<br><br>COMPLAINT<br>(Unclassified Civil Case: Erisa) |

Plaintiff, MIRANDA McCLAIN, aka, TERESA ROBERTS, as to all relevant times, alleges as follows:

1. Plaintiff ("McClain") is a resident of the State of Arizona, Maricopa County.

2. This action arises under the Employee Retirement Income Security Act [ERISA] of 1974, 29 U.S.C. §§ 1001 et seq.

3. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(e)(1).

4. Defendant, National Grid USA Service Company, Inc. Employee Life Insurance Plan (the "Plan") provides and administers life insurance benefits for certain employees of National Grid USA Service Company, Inc. ("NGUSA"), a Massachusetts corporation.

5. Defendant caused events to occur in the State of Arizona out of which this cause of action arises.

6. Defendant is a "fiduciary" as defined by ERISA 29 U.S.C. § 1002(21)(A).

7.  McClain worked as a Field Tester for NGUSA (an interstate electricity provider) in the state of New York, for more than twenty (20) years, between July 1, 1985 through July 21, 2005.

8.  On or about March 15, 2006, as a result of permanent disabling medical conditions, McClain was awarded by and commenced Disability Retirement from NGUSA.

9.  The Plan includes the following "Total and Permanent Disability Benefit" with respect to McClain's employee "**Basic Life Insurance**" benefits:

> **Disability Installment Benefits**
>
> Under the Basic Life Insurance you are eligible for Disability Installment Benefits that are payable while you are totally and permanently disabled. Disability Installment Benefits will be paid if (1) you become totally and permanently disabled before your Basic Life Insurance ends, (2) proof of your total and permanent disability, as required by MetLife, is submitted to MetLife, (3) you are under age 60 when your total and permanent disability begins, and (4) you have been continuously covered under the Basic Life Insurance with MetLife for at least 1 year.

10. Immediately prior to the commencement of her Disability Retirement, NGUSA advised McClain:

> **TOTAL AND PERMANENT DISABILITY BENEFITS**: As a represented employee who is disabled prior to age 60, you have the right to apply under the Total and Permanent Disability Clause of your group term life insurance policy for $20,000 of your life insurance benefit to be paid to you in monthly installments while you are living. If you choose to apply, you and your physician must complete and return the enclosed forms. The insurance company will make the determination as to whether or not your claim is approved. If approved, you will receive $363.00 per month for five years.

11. The Plan defines "total and permanent disability" as follows:

> For purposes of this benefit, "total and permanent disability" means that because of a sickness or injury you can not ever again be expected to do your job, you can not do any other job for which you are fit by your education, training or experience, and you can not ever again be expected to do any work at all for wage or profit.

12. The Plan contains an additional provision for re-application: "... you can reapply for the benefits at a later time if your condition worsens."

2

13. The Plan further contains a provision for waiver of life insurance premiums during the time a Plan beneficiary is receiving benefits under the Plan.

14. On or about April 23, 2006, McClain submitted a written claim to the Plan for "Total and Permanent Disability Benefits" and answered "NO" to the question: "Are you presently able to engage in any gainful occupation."

15. McClain's employer (NGUSA) completed and submitted an accompanying employer's section to McClain's claim for benefits answering "Disability" to the question: "Why did employee cease work on [July 21, 2005]?"

16. The Plan denied McClain's "Total and Permanent Disability" benefits claim on or about August 13, 2007.

17. On or about December 15, 2007, the U.S. Social Security Administration ("SSA") determined that McClain was totally disabled due to an "inability to engage in any substantial gainful activity (SGA) by reason of [her] medically determinable physical ... impairment(s)."

18. The SSA retroactively awarded McClain Social Security Disability Income ("SSDI") benefits and found that McClain's "Disability Began: 07/21/2005."

19. The SSA issued an "Explanation of Determination" stating:

> THE CLMT IS A 49 YEAR OLD WOMAN WHO HAS MULTIPLE DISABLING CONDITIONS. THERE IS EVIDENCE OF FIBROMYALGIA, CERVICAL PAIN, SPINAL (LUMBAR),KNEES, ELBOWS AND HEADACHE PAIN. SHE ALSO HAS A HX. OF CARPAL TUNNEL SYNDROME. THERE IS EVIDENCE OF PARAVERTEBRAL AND TRAPEZIAL TENDERNESS. SHE HAS SEVERE AND PERSISTANT (sic) HEADACHES WITH NO RELIEF WITH MEDICATION.

20. On or about December 28, 2007, McClain advised the Plan of her SSDI Award and Findings and asked that her claim be reopened and reconsidered.

21. The Plan accepted McClain's appeal on or about June 4, 2008.

22. On or about June 27, 2008, the Plan wrote to McClain and advised her that "the original determination to deny benefits is upheld upon appeal review."

23. On or about February 27, 2013, and thereafter, Defendant and its claims administrator refused to provide McClain with requested copies of Plan documents.

24. Additional information supporting McClain's disability and claim was submitted to the Plan on August 6, 2013.

25. The Plan reviewed the additional supporting information and responded by letter, on October 8, 2013, stating "this information would not change our decision to deny [McClain's] claim."

26. The Plan's October 8, 2013 letter concluded: "We are informing you at this time that you have exhausted all appeals under the National Grid USA Service Company's group life insurance plan."

27. McClain is entitled to "Total and Permanent Disability" life insurance benefits under the express terms of the Plan.

28. McClain is entitled to waiver of premium for all benefits and coverages to which she is entitled, under the express terms of the Plan.

29. The Plan failed to provide McClain with a full and fair review of her claim.

30. McClain has suffered economic losses as a result of the acts of Defendant.

WHEREFORE, Plaintiff requests

1. Plan benefits, pursuant to 29 U.S.C. § 1132(a)(1)(B);

2. ERISA non-disclosure penalties pursuant to 29 U.S.C. § 1132(c)(1)(B); 29 C.F.R. § 2575.502c-1 (2013);

3. For reasonable attorneys fees and costs.


DATED: March 17, 2014                    RANDOLPH G. BACHRACH, PLLC


By s/Randolph G. Bachrach
Randolph G. Bachrach
7303 W. Boston Street
Chandler, Arizona 85226
Attorney for Plaintiff

4

# EXHIBIT 2

Case 2:14-cv-00855-GMS   Document 1-1   Filed 04/23/14   Page 7 of 12

RANDOLPH G. BACHRACH
RANDOLPH G. BACHRACH, PLLC
7303 W. BOSTON STREET
CHANDLER, ARIZONA 85226
Tel: (480) 753-4474
Fax: (602) 707-7512
bachrach@badfaithlaw.us
(AZ #12621 - CA #93278)

Attorneys for Plaintiff

COPY

MAR 1 9 2014

MICHAEL K. JEANES, CLERK
K. RODRIGUEZ
DEPUTY CLERK

# Superior Court of the State of Arizona

## FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MIRANDA MCLAIN, aka, TERESA ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL GRID USA SERVICE COMPANY, INC. LIFE INSURANCE PLAN,<br><br>Defendant. | No.: CV2014-092807<br><br>**PLAINTIFFS' CERTIFICATE ON COMPULSORY ARBITRATION*** |

The undersigned certifies that the largest award sought by the Plaintiff, including punitive damages, but excluding interest, attorney's fees, and costs does **not** exceed the limits set by Local Rule for compulsory arbitration. This case is subject to the Uniform Rules of Procedure for Arbitration.

DATED: March 17, 2014

RANDOLPH G. BACHRACH
Attorney at Law

By /s/ Randolph Bachrach
Randolph G. Bachrach
Randolph G. Bachrach
7303 W. Boston Street
Chandler, Arizona 85226
Attorney for Plaintiff

*To be served upon Defendant at time of service of Summons and Complaint.

# EXHIBIT 3

IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY
WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG
LRS IS SPONSORED BY THE MARICOPA COUNTY
BAR ASSOCIATION.

**Name of Person Filing:** Law Offices of Randolph G. Bachrach, PLLC
**Your Address:** 7303 W. Boston Street
**Your City, State, Zip Code:** Chander, AZ 85226
**Your Telephone Number:** 480-753-4474
**Attorney Bar Number (if applicable):** 012621
**Representing** ☐ Self (Without an Attorney) or ☒ Plaintiff or ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

MIRANDA MCCLAIN, aka, TERESA ROBERTS       **Case No.:** CV2014-092807
**Name of Plaintiff**

NATIONAL GRID USA SERVICE COMPANY, INC.
EMPLOYEE LIFE INSURANCE PLAN                **SUMMONS**

**Name of Defendant**

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO** NATIONAL GRID USA SERVICE COMPANY, INC.
EMPLOYEE LIFE INSURANCE PLAN
**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

**COPY**

**SIGNED AND SEALED this date**

MAR 1   MICHAEL K. JEANES, CLERK OF COURT

(COURT SEAL)

MICHAEL K. JEANES, CLERK
K. RODRIGUEZ
DEPUTY CLERK

By _____
     Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CORPORATION SERVICE COMPANY
   84 STATE STREET
   BOSTON, MA 02109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7005 1160 0002 7609 2299

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540