**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Miranda McClain aka Teresa Roberts, | No. CV-14-00855-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| National Grid USA Service Company Incorporated Employee Life Insurance Plan, | |
| Defendant. | |

**IT IS ORDERED** granting the parties' Stipulation for Dismissal (Doc. 15). This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 4th day of August, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge